1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile: (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff, IGNACIO VERA
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | IGNACIO VERA,
12 |         Plaintiff,            **Case No.: 2:22-cv-00222-DSF (Ex)**
                                   Assigned to Dale S. Fischer
13 |    vs.

14 |                               **JOINT STIPULATION FOR
   | IRENE S. LORSCH, AS TRUSTEE OF DISMISSAL PURSUANT TO
15 | THE RUDOLF AND IRENE LORSCH   FEDERAL RULE OF CIVIL
   | TRUST; and DOES 1 to 10,      PROCEDURE 41(a)(1)(A)(ii)**
16 |
17 |         Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff IGNACIO VERA ("Plaintiff") and Defendant IRENE S. LORSCH, AS TRUSTEE OF THE RUDOLF AND IRENE LORSCH TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: April 18, 2022        SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: April 18, 2022        LAW OFFICE OF RICK MORIN, PC

By:   */s/ Rick Morin*
      Rick Morin, Esq.
      Attorneys for Defendant

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 18, 2022        By: */s/ Jason J. Kim*
                                 Jason J. Kim